**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

JOSEPH RHONE, : No. 355 EAL 2017
:
Petitioner :
:
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court
v. :
:
:
:
PENNSYLVANIA DEPARTMENT OF :
CORRECTIONS, :
:
Respondent :

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of December, 2017, the Petition for Allowance of Appeal is **DENIED**.